# Court of Appeals
# of the State of Georgia

ATLANTA, <u>MARCH 20, 2019</u>

*The Court of Appeals hereby passes the following order:*

**A19E0041.  CHARLES NDA ACKAH v. PATRICIA MINGLE.**

Upon consideration of Appellant's motion for extension of time in which to file an application for discretionary appeal in the above-referenced case, it is hereby ordered that an extension be granted. Appellant's discretionary application is now due on or before April 20, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,<u>MARCH 20, 2019</u>*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*